FIRMAN GARCIA V. THE STATE.

No. 21891. Delivered January 21, 1942.

The opinion states the case.

*W. R. Parker*, of Fort Worth, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Murder is the offense; the punishment, twenty-five years in the State penitentiary.

The record is before us without a statement of facts. Certain exceptions were reserved to the court's charge, as shown by a bill of exception. In the absence of a statement of facts, such exceptions to the charge cannot be appraised.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.